■ NELLA MANKO, Appellant, v DANA MANNOR et al., Respondents, et al., Defendants. [889 NYS2d 448]

The alleged medical malpractice occurred in 2002 and the action was not commenced until July 2007, which was well beyond the 2½-year statute of limitations (CPLR 214-a). Additionally, the complaint failed to state a cause of action against defendant Strauss (*see DiMitri v Monsouri*, 302 AD2d 420 [2003]), and the claims against Mannor, Lubin and Tikotsky are barred by the doctrine of res judicata in light of our 2008 ruling (*Manko v Mannor*, 55 AD3d 471 [2008], *lv denied* 13 NY3d 704 [2009]) affirming the dismissal of a similarly belated earlier action against those defendants.

We have considered plaintiff's remaining arguments, and find them unavailing. Concur—Gonzalez, P.J., Friedman, McGuire, DeGrasse and Manzanet-Daniels, JJ.